IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO.: 1:23CR579 |
| Plaintiff, | ) ) JUDGE PAMELA A. BARKER |
| v. | ) ) |
| DEVIN WELLS, | ) ) |
| Defendant. | ) PETITION FOR WRIT OF HABEAS ) <u>CORPUS AD PROSEQUENDUM</u> |

TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF OHIO, EASTERN DIVISION:

The petitioner, Kelly L. Galvin, Assistant United States Attorney for the Northern District of Ohio, respectfully submits to the Court that Devin Wells is now confined in the Cuyahoga County Jail, Cleveland, Ohio, and is in the custody of the Sheriff for said Institution.

Your petitioner further shows to the Court that the defendant has been charged in this District with a violation of Title 18, United States Code, Sections 2119(1); 924(c)(1)(A)(ii); and 922(k), and pursuant to said charge is to appear for Arraignment on November 7, 2023, at 1:00 p.m. before the Honorable Magistrate Judge Thomas M. Parker in the United States District Court for the Northern District of Ohio, EASTERN Division.

WHEREFORE, your petitioner prays that a Writ of Habeas Corpus Ad Prosequendum issue from this Court to the above-named custodian and/or the United States Marshal at Cleveland or their designee, and/or Bureau of ATF and/or the Ohio Department of Rehabilitation and Corrections to produce the defendant before this Court at the above-specified time and place and for such other and further proceedings as the Court may deem proper as it pertains to the

prosecution of said charges; and that immediately after the said defendant completes this and any future court proceedings, be returned to said custodian under safe and secure conduct.

                                        Respectfully submitted,

                                        REBECCA C. LUTZKO
                                        United States Attorney

By:   /s/ Kelly L. Galvin
         Kelly L. Galvin (OH: 0062585)
         Assistant United States Attorney
         United States Court House
         801 West Superior Avenue, Suite 400
         Cleveland, OH 44113
         (216) 622-3731
         (216) 522-8355 (facsimile)
         Kelly.L.Galvin@usdoj.gov

I, Kelly L. Galvin, do declare under penalty of perjury that the foregoing is true and correct.

                                        s/ Kelly L. Galvin
                                        Kelly L. Galvin
                                        Assistant United States Attorney

Executed on 11/06/2023.